United States District Court northern district of Florida

111 N. Adams St. Tallahassee, FL 32301

Daniel James Silva

Plaintiff

Robert L Hinkle

MARTIN A FITZPATRICK,

CHARLES A STAMPELOS

ALLEN C WINSOR

MICHAEL J FRANK

Defendants

RICO violations Lawsuit

FILED USDC FLND TL
FEB 16 '21 PM4:52

1

1

## Count 1 of RICO.

On 06/18/2020  a motion to dismiss in case 4:19-cv-00286-RH-MJF SILVA v.

SWIFT et al  was granted that  Doug Baldridge filed for Taylor swift (dkt 74),

 it violates my 5th and 14th amendment right of due process and my 7th

amendment right to a jury trial in an amount in controversy above 20 dollars or

75,000 usd of today's money. My constitutional amendment rights were violated

by swift, tas rights management and Baldridge, so that fraudulent trademarks (1989

sn: 86363039) and  (1989 sn: 86369161) were not declared fraudulent which they

are because swifts name of her album is called (T.S. 1989) sn:86369455, meaning

trademarks (1989 sn: 86363039) and (1989 sn: 86369161) are both fraudulent

misrepresentations of her album meaning that 2- 3rd degree felonies were

committed to obtain both marks. The motion to dismiss was also a criminal act of

obstruction 1505. 2.Taylor swift has paid Doug Baldridge 100,000s of dollars in

retainers over nearly 4 years and many lawsuits  to obstruct both 1989 trademarks

(1989 sn: 86363039) and  (1989 sn: 86369161) committing many  RICO violations

over the years Doug Baldridge filed many fraudulent motions over the years using

pacer and the us mail to further his crimes committing wire and mail fraud multiple

times  , the Supreme Court held that it is not necessary to prove that multiple

1   schemes, episodes or transactions occurred in order to establish a "pattern of

2   racketeering activity," as long as the racketeering acts were "neither isolated nor

3   sporadic." The racketeering activity is not required to benefit the enterprise. The

4   participants in the scheme are not required to have personally profited, though

5   some did.  United States v. Killip, 819 F.2d 1542, 1`549 (10th Cir. 1987.)

6

7   the motion to dismiss itself was 1 RICO count because Doug Baldridge had to use

8   pacer.gov to upload his fraudulent motion to dismiss which is 1 count of 18 U.S.

9   Code § 1343 - Fraud by wire and he had to mail me a copy of the motion

10  committing mail fraud 18 U.S.C. Section 1341— Mail Fraud, There are two

11  elements in mail fraud: (1) having devised or intending to devise a scheme to

12  defraud (or to perform specified fraudulent acts), and (2) use of the mail for the

13  purpose of executing, or attempting to execute, the scheme (or specified fraudulent

14  acts)." Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira

15  v. United States, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud

16  under . . . § 1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc.,

17  for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz,

18  Mail and Wire Fraud, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited).

19

1   **Judge Hinkle later went on to grant Doug Baldridge fraudulent motion to**

2   **dismiss.**

3   **Where Baldridge was once named as a defendant in the same lawsuit for due**

4   **process violations,** (dkt 118) Filed & Entered:06/18/2020 4:19-cv-00286-RH-MJF

5   SILVA v. SWIFT) which Judge hinkle had to use pacer.gov to upload his

6   fraudulent order which is 1 count of 18 U.S. Code § 1343 - Fraud by wire and he

7   had to mail me a copy of the order committing mail fraud 18 U.S.C. Section

8   1341— Mail Fraud, his order obstructed fraudulent trademarks (1989 sn:

9   86363039) and (1989 sn: 86369161) and also my right to file a pro se lawsuit

10  Elmore v. McCammon (1986) 640 F. Supp. 905 "... the right to file a lawsuit pro se

11  is one of the most important rights under the constitution and laws."

12  **Case law that makes judge Hinkle and MARTIN A FITZPATRICK guilty of**

13  **RICO,**

14  A line of cases hold that any governmental agency, court, political office or the

15  like could serve as a RICO "enterprise." United States v. Thompson, 685 F.2d 993,

16  **Judge hinkle later went on to grant Doug Baldridge fraudulent motion to**

17  **dismiss.**

18  **(dkt 118) Filed & Entered:06/18/2020 4:19-cv-00286-RH-MJF SILVA v.**

19  **SWIFT) which Judge hinkle had to use pacer.gov to upload his fraudulent**

4

1   **order which is 1 count of 18 U.S. Code § 1343 - Fraud by wire and he had to**

2   **mail me a copy of the order committing mail fraud 18 U.S.C. Section 1341—**

3   **Mail Fraud, his order obstructed  fraudulent trademarks (1989 sn: 86363039)**

4   **and  (1989 sn: 86369161) and also my right to file a pro se lawsuit,**

5   **Elmore v. McCammon (1986) 640 F. Supp. 905 "... the right to file a lawsuit**

6   **pro se is one of the most important rights under the constitution and laws."**

7   Where Baldridge was once named as a defendant in the same lawsuit for due

8   process violations, (dkt 118) Filed & Entered:06/18/2020 4:19-cv-00286-RH-MJF

9

10                                **Rico count 2**

11   On 02/05/2021 Judge MARTIN A FITZPATRICK, granted a motion to joiner to

12   allow me to add Taylor Alison swift and James Douglas Baldridge for the rico

13   violations explained above. But on 02/09/2021 (dkt 10) stated that judge hinkles

14   (Void order) must be reinstated and that if I file a complaint with swifts and

15   Baldridge's name on it then there will be  Plaintiff is warnednot to violate the

16   injunction by filing an amended complaint in this caseseeking to add claims

17   against Taylor Swift or James Douglas Baldridge. Doing so will have

18   consequences.  Accordingly, the prior Order entered inthis case granting Plaintiff

19   permission to add claims is vacated, its tobad that's unconstitutional **(Sherar v.**

1    **Cullen, 481 F. 2d 946 (1973) "There can be no sanction or penalty imposed**

2    **upon one because of his exercise of Constitutional Rights.", judge hinkle tried**

3    **to make a sanction and penalty for me filing a pro se lawsuit (Elmore v.**

4    **McCammon (1986) 640 F. Supp. 905 "... the right to file a lawsuit pro se is one**

5    **of the most important rights under the constitution and laws.)**

6

7    **Judge Fitzpatrick had to use pacer.gov to upload his fraudulent order which**

8    **is 1 count of 18 U.S. Code § 1343 - Fraud by wire and he had to mail me a**

9    **copy of the order committing mail fraud 18 U.S.C. Section 1341— Mail Fraud**

10    **which equals 1 count of rico.**

11

12                          **Rico count 3**

13    **On 12/03/2019 Judge CHARLES A STAMPELOS filed a report and**

14    **recommendations that was 2 counts of obstruction's** 1505, he on purpose

15    overlooked judge hinkles crimes. Judge STAMPELOS had to use pacer.gov to

16    upload his fraudulent report which is 1 count of 18 U.S. Code § 1343 - Fraud by

17    wire and he had to mail me a copy of the order committing mail fraud 18 U.S.C.

18    Section 1341— Mail Fraud, his order obstructed fraudulent trademarks (1989 sn:

19    86363039) and  (1989 sn: 86369161).

1

## Rico count 4

**Judge ALLEN C WINSOR has never tried to arrest Taylor swift or Doug Baldridge for their rico crimes, hes an accessory after the fact for their crimes,**

**Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact.**

**Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.**

**(June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 99–646, § 43, Nov. 10, 1986, 100 Stat. 3601; Pub. L. 101–647, title XXXV, § 3502, Nov. 29, 1990, 104 Stat. 4921; Pub. L. 103–322, title XXXIII, §§ 330011(h), 330016(2)(A), Sept. 13, 1994, 108 Stat. 2145, 2148.)**

1

2          <u>Rico count 5</u>

3  **<u>Judge MICHAEL J FRANK is an hes an accessory after the fact Judge</u>**

4  **<u>Robert L Hinkle rico violations,</u>**

5

6  **<u>Memorandum of law to bring this rico suit,</u>**

7  **<u>1. the Racketeer Influenced and Corrupt Organizations aCt (RICO), 18</u>**

8  **<u>U.S.C. ' 1961-1968, which is Title IX of the Organized Crime Control Act of</u>**

9  **<u>1970 (OCCA), imposes criminal and civil liability upon persons who engage in</u>**

10 **<u>certain "prohibited Activities," each of which is defined to include, as a</u>**

11 **<u>necessary element, proof of a "pattern of racketeering activity." ' 1962.</u>**

12 **<u>"Racketeering activity" means "any act or threat involving" specified state</u>**

13 **<u>law crimes, any "act" indictable under specified federal statutes, and certain</u>**

14 **<u>federal "offenses." ' 1961(1). A "pattern" requires "at least two acts of</u>**

15 **<u>racketeering activity" within a 10-year period. ' 19651(5).</u>**

16 **<u>Continuity of racketeering activity likewise may be demonstrated in a variety</u>**

17 **<u>of ways. Continuity is centrally a temporal concept, and may be either</u>**

18 **<u>closed−or open-ended. A party alleging a RICO violation may demonstrate</u>**

1    **continuity over a closed period by proving a series of related predicates**

2    **extending over a substantial period of time.**

3    **(c) Neither RICO's language nor its legislative history supports a rule that a**

4    **defendant's racketeering activities form a pattern only if they are**

5    **characteristic of organized crime. No such restriction appears in RICO's test.**

6    **Nor is there any language suggesting that RICO's scope should be limited to**

7    **acts of an association rather than an individual acting alone.**

# **Relief requested,**

9    **Set aside all void orders by all judges in this action, all judges are all guilty of**

10   **Rico violations and or accessory after the fact for RICO violations and all**

11   **violated my 5th and 14th amendment rights to due process.**

12   Daniel James Silva

13   2/12/2021

14   po box 493, Colfax, nc,27235

15   336-918-8861

16   Celticmoon1989@yahoo.com

17   _____

1  **Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright,**

2  **321 U.S. 649.644 "Constitutional 'rights' would be of little value if they could**

3  **be indirectly denied."**

4

5  **Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct. 1603**

6  **"Where rights secured by the Constitution are involved, there can be no 'rule**

7  **making' or legislation which would abrogate them."**

8

9  **Foot notes**

10

11  **judge MARTIN A FITZPATRICK tricked me and tried to feck me out of**

12  **millions, he granted my motion to add bitch swift and asshole Baldridge then**

13  **when he knew I sent my amendment though the mail vacated his lawful order**

14  **displacing judge hinkles VOID ( 4:19-cv-00286-RH-MJF SILVA v. SWIFT et**

15  **al),**

16  **Fitzpatrick granted me permission to add swift so that he could then vacate**

17  **his own very order to give the appearance that I broke his order to again NOT**

18  **add swift, he did this so he can now dismiss this case with prejudice, so that**

1    not only did the NDOF feck me out of 189,000,000 in case 4:19-cv-00286-RH-

2    MJF SILVA v. SWIFT et al judge franks order now you can add insult to

3    injury and stop me from taking vanable for over 100,000,000 and force their

4    Washington branch  to shutdown for RICO violations.

5

6    Does anyone think ill allow that to happen???

7

8    Judge FITZPATRICK at least ask me out to dinner before you try to FECK

9    me !!!! Rico judge POS..

10

11    Relevant case law,

12    A.

13    In Beauford v. Helmsley,        S. Ct.        (1989), the Supreme Court held that

14    it is not necessary to prove that multiple schemes, episodes or transactions

15    occurred in order to establish a "pattern of racketeering activity," as long as

16    the racketeering acts were "neither isolated nor sporadic."

17

1    **Mail and wire fraud were a part of the scheme, as defendants used the mails**

2    **and telephone to carry out their schemes. The mails were used in filing court**

3    **papers, used to notify plaintiff of these filings,  More than two, actually dozens**

4    **of instances, of such mail and wire fraud occurred, in a pattern of**

5    **racketeering activity.**

6

7    **B.**

8    **Continuity of racketeering activity likewise may be demonstrated in a variety**

9    **of ways. Continuity is centrally a temporal concept, and may be either**

10   **closed—or open-ended. A party alleging a RICO violation may demonstrate**

11   **continuity over a closed period by proving a series of related predicates**

12   **extending over a substantial period of time.**

13

14   **C. The racketeering activity is not required to benefit the enterprise. The**

15   **participants in the scheme are not required to have personally profited,**

16   **though some did.  United States v. Killip, 819 F.2d 1542, 1`549 (10th Cir. 1987.**

17

18

1

**D. Congress limited the force of Rule 8(b) by loosening the statutory**

**requirements for what constitutes joint criminal activities. United States v.**

**Friedman, 854 F.2d 535, 561 (2d Cir. 1988); United States v. Castellano, 610**

**F.Supp. 1359, 1396 (S.D.N.Y. 1985). If a defendant is not named in a**

**conspiracy or RICO count, he may be charged in a separate court, in the same**

**indictment, if he is alleged to have participated in the same series of acts or**

**transactions that constituted the conspiracy or RICO offense.**

Case law against hinkles void fecking order.

**A.** Elmore v. McCammon (1986) 640 F. Supp. 905 "... **the right to file a**

   **lawsuit pro se is one of the most important rights under the constitution**

   **and laws."**

**B.** Roadway Express v. Pipe, 447 U.S. 752 at 757 (1982) "Due to sloth,

   inattention or desire to seize tactical advantage, lawyers have long engaged

   in dilatory practices... **the glacial pace of much litigation breeds**

   **frustration with the Federal Courts and ultimately, disrespect for the**

   **law."**

1    **C.** Sherar v. Cullen, 481 F. 2d 946 (1973) **"There can be no sanction or**

2    **penalty imposed upon one because of his exercise of Constitutional**

3    **Rights.**

4    **D.** Schware v. Board of Examiners, United State Reports 353 U.S. pages 238,

5    239.  **"The practice of law cannot be licensed by any state/State."**

6    **E.** Boyd v. United, 116 U.S. 616 at 635 (1885) Justice Bradley, "It may be that

7    it is the obnoxious thing in its mildest form; but illegitimate and

8    unconstitutional practices get their first footing in that way; namely, by

9    silent approaches and slight deviations from legal modes of procedure. This

10    can only be obviated by adhering to the rule that constitutional provisions

11    for the security of persons and property should be liberally construed. A

12    close and literal construction deprives them of half their efficacy, and leads

13    to gradual depreciation of the right, as if it consisted more in sound than in

14    substance. **It is the duty of the Courts to be watchful for the**

15    **Constitutional Rights of the Citizens, and against any stealthy**

16    **encroachments thereon. Their motto should be Obsta Principiis."**

17    **F.** Downs v. Bidwell, 182 U.S. 244 (1901) **"It will be an evil day for**

18    **American Liberty if the theory of a government outside supreme law**

19    **finds lodgement in our constitutional jurisprudence. No higher duty**

1    **rests upon this Court than** to exert its full authority to prevent all

2    violations of the principles of the Constitution.

3    G. Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v.

4    Allwright, 321 U.S. 649.644 "Constitutional 'rights' would be of little value

5    if they could be indirectly denied."

6    H. Norton v. Shelby County, 118 U.S. 425 p. 442 "An unconstitutional act is

7    not law; it confers no rights; it imposes no duties; affords no protection; it

8    creates no office; it is in legal contemplation, as inoperative as though it had

9    never been passed."

10   I. Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678,

11   694 Acts in excess of judicial authority constitutes misconduct, particularly

12   where a judge deliberately disregards the requirements of fairness and due

13   process.

14   J. Olmstad v. United States, (1928) 277 U.S. 438 "Crime is contagious. If the

15   Government becomes a lawbreaker, it breeds contempt for law; it invites

16   every man to become a law unto himself; it invites anarchy."

17   K. Owen v. City of Independence  "The innocent individual who is harmed by

18   an abuse of governmental authority is assured that he will be compensated

19   for his injury."

L. <u>Perry v. United States, 204 U.S. 330, 358 "I do not understand the government to contend that it is any less bound by the obligation than a private individual would be..." **It is not the function of our government to keep the citizen from falling into error; it is the function of the citizen to keep the government from falling into error."**</u>

M. <u>Warnock v. Pecos County, Texas, 88 F3d 341 (5th Cir. 1996) Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.</u>

N. <u>Walter Process Equipment v. Food Machinery, 382 U.S. 172 (1965) ... in a "motion to dismiss, the material allegations of the complaint are taken as admitted". From this vantage point, courts are reluctant to dismiss complaints unless it appears the plaintiff can prove no set of facts in support of his claim which would entitle him to relief (see Conley v. Gibson, 355 U.S. 41 (1957)).</u>

O. <u>Cochran v. Kansas, 316 U.S. 255, 257-258 (1942)</u>

P. <u>"However inept Cochran's choice of words, he has set out allegations supported by affidavits, and nowhere denied, that Kansas refused him privileges of appeal which it afforded to others. *** **The State properly concedes that if the alleged facts pertaining to the suppression of Cochran's appeal were disclosed as being true, ... there would be no**</u>

1    **question but that there was a violation of the equal protection clause of**

2    **the Fourteenth Amendment."**

3    Q. Duncan v. Missouri, 152 U.S. 377, 382 (1894) Due process of law and the

4    equal protection of the laws are secured if the laws operate on all alike, and

5    do not subject the individual to an arbitrary exercise of the powers of

6    government.

7    R. Truax v. Corrigan, 257 U.S. 312, 332 "Our whole system of law is

8    predicated on the general fundamental principle of equality of application fo

9    the law. 'All men are equal before the law,' "This is a government of laws

10    and not of men,' **'No man is above the law,'** are all maxims showing the

11    spirit in which legislatures, executives, and courts are expected to make,

12    execute and apply laws. But the framers and adopters of the (Fourtheenth)

13    Amendment were not content to depend... **upon the spirit of equality**

14    **which might not be insisted on by local public opinion. They therefore**

15    **embodied that spirit in a specific guaranty."**

16    S. **Ableman v. Booth, 21 Howard 506 (1859) "No judicial process,**

17    **whatever form it may assume, can have any lawful authority outside of**

18    **the limits of the jurisdiction of the court or judge by whom it is issued;**

19    **and an attempt to enforce it beyond these boundaries is nothing less**

20    **than lawless violence.**

T. <u>Chandler v. Judicial Council of the 10th Circuit, 398 U.S. 74, 90 S. Ct. 1648, 26 L. Ed. 2d 100</u>

U. <u>Justice Douglas, in his dissenting opinion at page 140 said, "If (federal judges) break the law, they can be prosecuted." Justice Black, in his dissenting opinion at page 141) said, "Judges, like other people, can be tried, convicted and punished for crimes... The judicial power shall extend to all cases, in law and equity, arising under this Constitution".</u>

V. <u>Cooper v. O'Conner, 99 F.2d 133 There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign.</u>

W. <u>Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938) A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts.</u>

X. <u>Forrester v. White, 484 U.S. at 227-229, 108 S. Ct. at 544-545 (1987); Westfall v.Erwin, 108 S. Ct. 580 (1987); United States v. Lanier (March 1997) Constitutionally and in fact of law and judicial rulings, state-federal "magistrates-judges" or any government actors, state or federal, may now be held liable, if they violate any Citizen's Constitutional rights, privileges, or immunities, or guarantees; including statutory civil</u>

1    **rights. A judge is not immune for tortious acts committed in a purely**

2    **Administrative, non-judicial capacity.**

3    Y. **Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) Note: By**

4    **law, a judge is a state officer. The judge then acts not as a judge, but as**

5    **a private individual (in his person). When a judge acts as a trespasser of**

6    **the law, when a judge does not follow the law, the Judge loses subject-**

7    **matter jurisdiction and the judges' orders are not voidable, but VOID,**

8    **and of no legal force or effect. The U.S. Supreme Court stated that**

9    **"when a state officer acts under a state law in a manner violative of the**

10   **Federal Constitution, he comes into conflict with the superior authority**

11   **of that Constitution, and he is in that case stripped of his official or**

12   **representative character and is subjected in his person to the**

13   **consequences of his individual conduct. The State has no power to**

14   **impart to him any immunity from responsibility to the supreme**

15   **authority of the United States."**

16   Z. **Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326 When a**

17   **judge knows that he lacks jurisdiction, or acts in the face of clearly valid**

18   **statutes expressly depriving him of jurisdiction, judicial immunity is**

19   **lost.**

20

1    Addresses involved in this case

2    All judges to this action can be served at address

3    111 N. Adams St.

4    Tallahassee, Florida 32301

5    My address is  po box 493, Colfax,nc,27235

6

7

8

9                    WORD LIMIT CERTIFICATION

10    , I hereby certify that  this  Rico violations complaint  is  in  compliance  with  the

11    Court's  word  limit.   According to the word processing program used to prepare

12    this document, the total number of words in the document, inclusive of headings,

13    footnotes, and quotations, and exclusive of the case style, signature block, and any

14    certificate of service is 3573 words.

15

16    Statement to all RICO judges involved, what ive done in just over 4 years at

17    fighting swift and lawfare is truly extraordinary, I displaced judge howards order

20

1   and almost won 189,000,000 in a default judgement, ive displaced 2 district judges

2   orders fought 14 federal judges and 2 state judges and legally obliterated them all

3   facing 20 years to over 100,to be able to weaponize the RICO statue at will have

4   never been down before even by licensed lawyers, I used the butter effect theory to

5   legally destroy swift in every way, back in the Howard case 3:18-cv-00688-MMH-

6   JRK Silva v. TAS Rights Management, LLC judge could have arrested me and

7   charges me with extortion but once he saw my charisma and decided not to charge

8   me with extortion, his very action not to charge me allowed me to file over 10

9   lawsuits since crating RICO violations in the process, ive proven the butterfly

10  effect theory as the butterfly law, it should **read ( the slightest variable change**

11  **can completely change the outcome of an entire situation).**

12  This story has another butterfly effect, prior to the release of the song (look what

13  you made me do, **swift referring to me I made her take down all 1989 merch**

14  **for (taylorswift.com), me swift was a complete coward, she was made fun**

15  **mercilessly, but social media famous people and actors,** she was the butt of

16  every joke, but when I took 1989 from her in her mind, went for an introvert, to the

17  most feared extravert, I completely changed swifts personality these past 5 years,

18  into a monster, I made her in my image or alleast how I would be if I wasn't

19  broken hearted, anyway when the making fun stopped, her lovely irish mother

20  didn't have to hold idiot swift every night swift balling her eyes out most days,

1  swifts mothers fight or flight hormones could return to somewhat normal levels

2  after going though hell for 10 years, also I believe swifts mother takes  **Soursop**

3  **(Graviola) which I recommended a few lawsuits ago its 10,000x more effect at**

4  **fighting cancer then (doxorubicin) has earned the nickname "red devil" or**

5  **"red death." Chemotherapy can cause reactivation of hepatitis B, and**

6  **doxorubicin-containing regimens are no exception. Doxorubicin and several**

7  **chemotherapeutic drugs (including cyclophosphamide) cause**

8  **dyspigmentation.**

9  You would think swift would thank me for indirectly pro longing her mothers life

10  but I guess when youre autistic that more then likely is a twinless twin is to much

11  of an idiot to see before 2017 the entire world was at her now im the only one at

12  her, I complexly changed her reality but she's to **retared  to see, o and my cousin**

13  **was Frank James Griffin (1 April 1919 – 5 June 2016) was an Irish judge who**

14  **served as a Judge of the Supreme Court from 1973 to 1991.[1]**

15  **Griffin was a Judge-in-Residence at University College Dublin in the**

16  **Sutherland School of Law. From 1991 to 1996, he served as President of the**

17  **Council of the Royal Victoria Eye and Ear Hospital. His son, Gerry Griffin,**

18  **serves as judge on the Irish Circuit Court. He died in 2016, at the age of 97.**

1    **I share the blood of one of the smartest irish judges to ever serve, I have his**

2    **legel mind and I have my cousin Charlie kerins bravado you will never defeat**

3    **me swift one last thing swift,**

4

5    # **Challenge accepted.**

7019 2970 0000 8859 3303

U.S. POSTAGE PAID
WINSTON SALEM, NC
27103
FEB 12 21
AMOUNT
**$5.40**
R2308K132606-9

1000    32301

Daniel James silva

po box 493, Colfax,nc,27235

TO:

United States District Court northern district of Florida

111 N. Adams St. Tallahassee, FL 32301